UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Christie L. Sullivan,

    Plaintiff,

v.                                                Case No. 08-12245

Regents of the University of Michigan, *et al.*,    Honorable Sean F. Cox

    Defendants.

_____/

## ORDER GRANTING
## DEFENDANT'S MOTION TO SUPPLEMENT THE RECORD

    Currently pending before this Court is Defendant's Motion for Summary Judgment. On August 25, 2009, Defendant filed a motion seeking to supplement the record in this matter to bring *People v. Sullivan*, 2009 WL 1710699 (June 18, 2009) to the Court's attention. That decision was issued after the parties completed briefing on the pending motion.

    The motion is hereby **GRANTED** to the extent that the Court shall consider the opinion by the Michigan Court of Appeals. No further briefing by either party shall be permitted.

    **IT IS SO ORDERED**.

                                              S/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: September 3, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 3, 2009, by electronic and/or ordinary mail.

                                              S/Jennifer Hernandez
                                              Case Manager